UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **MADRICUS FELDER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 4:10-cv-02355-CLS-TMP |
| **DONALD LUKIMA,** | ) |
| **Defendant.** | ) |

**MEMORANDUM OPINION**

On March 12, 2015, the magistrate judge filed his report and recommendation, recommending that this action be dismissed with prejudice for want of prosecution. (Doc. 50). To date, no objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Consequently, this action is due to be dismissed with prejudice for want of prosecution.

A final judgment will be entered contemporaneously herewith.

The Clerk is DIRECTED to mail a copy of the foregoing to plaintiff at his address on file, as well as at the following address: 874 Dunwoody Lane NW,

Birmingham, Alabama 35215.

    DONE this 31st day of March, 2015.

                                                  /s/ Lynwood Smith
                                                United States District Judge